UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INGRAM BARGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CV652 RWS |
| ) | |
| LEWIS & CLARK MARINE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED that** Defendant USX Corporation's motions to compel [#38 and #39] are **GRANTED** to the extend agreed upon by the parties. Plaintiff shall deliver the documents agreed upon to USX by **August 2, 2005**. Defendant USX may file a motion for sanctions if Plaintiff fails to comply as agreed.

**IT IS FURTHER ORDERED that** Defendant Lewis & Clark Marine, Inc.'s motion to compel [#36] is **DENIED** as moot.

**IT IS FURTHER ORDERED that** the parties shall confer and submit a joint proposed amended case management order by **August 12, 2005**, suggesting a new deadline to file dispositive motions, if any are anticipated, and suggesting a new trial date. The current trial date of October 11, 2005 is no longer viable based on the extension of the discovery cutoff in this matter to September 6, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2005.