UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INGRAM BARGE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:04CV652 RWS |
| | ) |
| LEWIS & CLARK MARINE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

**IT IS HEREBY ORDERED that** the parties' joint motion to continue the <u>Daubert</u> hearing and extend the deadline to file dispositive motions is [#52] **GRANTED**. The hearing of United States Steel Corporation's motion to strike Plaintiff's experts is reset to **October 27, 2005 at 10:30 a.m.** in Courtroom 10 South. Dispositive motions must be filed by **November 30, 2005**. The response to such motions must be filed by **December 30, 2005**. Any replies must be filed by **January 9, 2006**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of September, 2005.